# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TAMMY PARKHURST, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) | Case No. 1:13-CV-101 JCH/NCC |

## ORDER

This matter arises on the Report and Recommendation of United States Magistrate Judge Noelle C. Collins, filed on August 18, 2014. *See* 28 U.S.C. §636. In her report, Magistrate Judge Collins recommends that the Court affirm the decision of the Commissioner, and dismiss Plaintiff's Complaint with prejudice. Neither party has filed an objection to the Report and Recommendation.

Upon careful consideration of the Report and Recommendation and the record,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (ECF No. 20) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED**, and Plaintiff's Complaint is **DISMISSED** with prejudice. A separate Judgment will accompany this Order.

Dated this 22nd Day of September, 2014

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE